**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ENVIRONMENTAL DEFENSE, *et al.*,    :
                                         :
      Plaintiffs,             :
                                         :
   v.                              : Civil Action No. 04-1575 (JR)
                                         :
U.S. ARMY CORPS OF ENGINEERS, *et al.*,    :
                                         :
      Defendants.            :

**JUDGMENT AND ORDER**

For the reasons set forth in the accompanying memorandum, plaintiffs' motion for summary judgment [87] is **granted** and **judgment is entered** against the U.S. Army Corps of Engineers and Secretary of the Army Pete Geren, and defendants' motion for summary judgment [92] is **denied**.  It is hereby **ORDERED AND DECLARED**:

(1) That the United States Army Corps of Engineers 2006 Revised Supplemental Environmental Impact Statement (RSEIS 2) and 2002 Revised Supplemental Environmental Impact Statement for the St. Johns Bayou/New Madrid Floodway Project ("the Project") and associated Record of Decision signed May 23, 2006 are set aside;

(2) That the United States Army Corps of Engineers immediately cease construction on the Project; and

(3) That defendants remove any part of the Project that it has built, restore Mud Ditch to its historic condition, and restore the project area as soon and to the maximum extent practicable.

                                                       JAMES ROBERTSON
                                         United States District Judge